IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE SCHARF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE BLACKSTONE GROUP L.P., et al | : | NO.  13-4089 |

## ORDER

　　　AND NOW, this   4th        day of May 2015, upon consideration of Defendants' Motion for Jury Trial and response in opposition thereto (Docs. 36 & 37), IT IS HEREBY ORDERED that the motion is DENIED.  The case will be tried to the court.

　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　/s/ELIZABETH T. HEY

　　　　　　　　　　　_____
　　　　　　　　　　　ELIZABETH T. HEY. U.S.M.J.