IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE SCHARF | : | CIVIL ACTION |
| v. | : | |
| HJ & VJ, INC., d/b/a THE HILTON GARDEN INN and HJ & VJ, LLC, d/b/a THE HILTON GARDEN INN and JOSHI HOTEL GROUP, d/b/a THE HILTON GARDEN INN | : : : | NO. 13-4089 |

## JUDGMENT ORDER

**AND NOW**, this 16th day of August, 2016, after a Bench Trial before the undersigned, and in accordance with the Memorandum of Decision filed this date,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of Diane Scharf, plaintiff, and against HJ & VJ, Inc., d/b/a The Hilton Garden Inn, HJ & VJ, LLC, d/b/a The Hilton Garden Inn, and Joshi Hotel Group, d/b/a The Hilton Garden Inn, defendants, in the amount of $166,551.92, plus interest at the legal rate of 6% from the date of this Order until the Judgment is paid.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge